UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:09-CR-69 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| ) | |
| LAVAIER HUDSON, SR. ) | |

**O R D E R**

On August 18, 2009, United States Magistrate William B. Mitchell Carter filed a report and recommendation (Court File No. 17) recommending the Court: (1) accept Defendant's plea of guilty to the charge in Counts One and Four of the Indictment; (2) adjudicate Defendant guilty of the charges set forth in Counts One and Four of the Indictment; (3) defer a decision on whether to accept the plea agreement until sentencing; and (4) find Defendant shall remain in custody until sentencing in this matter (Court File No. 17). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 17) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to the charges in Count One and Four of the Indictment is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges in Counts One and Four of the Indictment;

(3) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing;

and

(4) Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is scheduled to take place on **Thursday, December 10, 2009 at 9:00 a.m.** before the Honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**

2